FRANK J. FAILING, Appellant, v. N. B. I. CORPORATION, Respondent.— Judgment affirmed, without costs of this appeal to either party, on the authority of *Archer Motor Co., Inc., v. Relin* (255 App. Div. 333). All concur. (The judgment reverses a judgment of the Rochester City Court, Civil Branch, in favor of plaintiff, in an action in replevin.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

WILLIAM G. STEDMAN, Respondent, v. J. STEWART GLASGOW, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ANN R. RIORDAN, an Infant, by TIMOTHY RIORDAN, Her Guardian ad Litem, Respondent, v. TIMOTHY RIORDAN, JR., and MARGUERITE RIORDAN, Appellants, and ARTHUR K. HODGES, Defendant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

TIMOTHY RIORDAN and HELEN RIORDAN, Respondents, v. TIMOTHY RIORDAN, JR., and MARGUERITE RIORDAN, Appellants, and ARTHUR K. HODGES, Defendant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiffs in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GEORGE SHARPE, Respondent, v. PHILIP BAUER, Appellant.— Judgment affirmed, with costs. All concur. (The judgment affirms a judgment of the Syracuse Municipal Court in favor of plaintiff, in an automobile negligence action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GEORGE E. JONES, Respondent, v. BETTER BEVERAGE DISTRIBUTING CO., INC., and EDWARD G. BIEL, Appellants.— Order granting a new trial reversed on the facts, without costs of this appeal to any party, and judgment reinstated. Order granting permission to prosecute as a poor person affirmed, without costs of this appeal to any party. Memorandum: An examination of the record convinces us that the verdict of the jury in favor of the defendants based upon the contributory negligence of the plaintiff finds ample support in the evidence and is not against its weight. All concur. (The order sets aside a verdict of a jury in favor of defendants and grants a new trial, in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.